UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 1:13-cr-00166-LJM-DKL |
| JAMAR JAVON JACKSON (01), | ) ) ) |
| Defendant. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Jamar Javon Jackson=s supervised release be modified, [Docket No. 30], pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court. Mr. Jackson's supervised release is modified to include residing at the Volunteers of America for a period of up to four (4) months. Mr. Jackson is to self-surrender upon designation by the Federal Bureau of Prisons.

**IT IS SO ORDERED**.

Date:  9/24/2015

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

United States Probation Office

United States Marshal Service