UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:13-cr-00166-TWP-MJD |
| JAMAR JAVON JACKSON, | ) ) | -01 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 29, 2023, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 79). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 10/2/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

Larry R. Champion
MEILS THOMPSON DIETZ & BERISH
lchampion@meilsattorney.com

William H. Dazey, Jr.
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

Eric K. Koselke
ekoselke711@gmail.com

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org